1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant YANG

6

7                    IN THE UNITED STATES DISTRICT COURT

8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,                    )
11                                              )   No. CR 12-00651 YGR
                          Plaintiff,            )
12                                              )   STIPULATION AND ORDER
            v.                                  )   CONTINUING STATUS DATE;
13                                              )   EXCLUSION OF TIME
                                                )
14 JESSE YANG,                                  )
                                                )
15                                              )
                          Defendant.            )
16

17                               **STIPULATION**

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19 this case with respect to Jesse Yang, currently scheduled for Thursday, November 8, 2012, at 2:00

20 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, November 29,

21 2012, at 2:00 p.m. for status.  The reason for the request is that the discovery was obtained from the

22 computers of Mr. Yang as well as from the alleged victim.  Some of the information regarding the

23 computer discovery was received within the last two weeks after the protective order was signed and

24

25 filed.  Undersigned counsel needs more time to review the discovery recently received and

26 determine what additional investigation will be required and whether a computer expert will be

needed in advance of the next court date.  The parties therefore stipulate that the time from

November 8, 2012, to November 29, 2012, should be excluded in accordance with the provisions of

the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of

counsel so that counsel can continue reviewing the discovery, determining what further investigation

will be required and consult with a computer expert if necessary.


DATED: 11/06/12                          _____/s/_____
                                         JOYCE LEAVITT
                                         Assistant Federal Public Defender

DATED: 11/06/12                          _____/s/_____
                                         OWEN MARTIKAN
                                         Assistant United States Attorney


   I hereby attest that I have on file all holographed signatures for any signatures indicated by a
conformed signature (/s/) within this e-filed document.


# ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date Jesse Yang,

currently scheduled for Thursday, November 8, 2012, at 2:00 p.m. before Honorable Yvonne

Gonzalez Rogers, is hereby continued to Thursday, November 29, 2012, at 2:00 p.m. for status.

   IT IS FURTHER ORDERED that the time from November 8, 2012, to November 29, 2012, , is

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A)

and (B)(iv) for adequate preparation of counsel so that counsel can counsel can continue reviewing

the discovery, determining what further investigation will be required and consult with a computer

expert if necessary prior to the next court date.

1    The Court finds that there is good cause and that the ends of justice served by the granting of

2    the continuance outweigh the best interests of the public and the defendant in a speedy and public

3    trial and the failure to grant the requested continuance would unreasonably deny counsel the

4    reasonable time necessary for effective preparation, taking into account due diligence.

5        SO ORDERED.

6

7    DATED: November 7, 2012        _____
                                    HON. YVONNE GONZALEZ ROGERS
8                                   United States District Judge