```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  JOYCE LEAVITT
    Assistant Federal Public Defender
 3  555 12th Street, Suite 650
    Oakland, CA 94607
 4  Telephone: (510) 637-3500

 5  Counsel for Defendant JESSE YANG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-651 YGR (DMR) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| JESSE YANG, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate that the conditions of release for defendant, Jesse Yang may be modified to allow Mr. Yang to leave his residence between the hours of 9:00 a.m. and 10:00 p.m. during the week and on the weekends for recreational time so long as he is in the company of his mother, Judith Yang. Ms. Yang lives in Taiwan but will be in the United States visiting Mr. Yang and his sister from November 20, 2012 until sometime in January, 2013. While his mother is in the United States, Mr. Yang anticipates visiting relatives and attending functions with his mother. This condition does not change the Court's previously imposed conditions which allow Mr. Yang to leave his residence for employment, medical appointments, court appearances and counseling as directed by Pretrial services officer without his mother being present.

The parties further stipulate that on November 24, 2012, Mr. Yang may be allowed to return to

his residence at 11:00 p.m. rather than 10:00 p.m. because he will be attending a family wedding with his mother in Half Moon Bay and needs additional time to travel home after the wedding.

The parties further stipulate that on December 8, 2012, Mr. Yang may leave his residence to attend an employment holiday party without his mother being present. United States Pretrial Services Officer Anthony Granados does not oppose the proposed modifications of Mr. Yang's supervision. All other conditions of release shall remain the same.

Date: 11/19/12 _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Date: 11/19/12 _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Jesse Yang may be modified to add a condition which allows Mr. Yang to leave his residence between the hours of 9:00 a.m. and 10:00 p.m. during the week and on the weekends for recreational time so long as he is in the company of his mother, Judith Yang.

IT IS FURTHER ORDERED that on November 24, 2012, Mr. Yang may be allowed to return to his residence at 11:00 p.m. rather than 10:00 p.m.

IT IS FURTHER ORDERED that on December 8, 2012, Mr. Yang may leave his residence to attend an employment holiday party alone. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: November 20, 2012 _____
DONNA M. RYU
United States Magistrate Judge

*U.S. v. Jesse Yang*, CR 12-651 YGR (DMR)
Order Re: Modify Terms of Release